

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00412-CR

The **STATE** of Texas,
Appellant

v.

Sebastian Scott **FLORES**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR130259
Judge Spencer W. Brown, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 30, 2013.

_____
Rebeca C. Martinez, Justice